IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ROSALINDA O. SIMON, | ) | CV. NO. 11-00234 DAE-BMK |
| | ) | |
| Plaintiff, | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO |
| vs. | ) | DISMISS THIS ACTION |
| | ) | WITHOUT PREJUDICE |
| BANK OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

FINDINGS AND RECOMMENDATION TO
DISMISS THIS ACTION WITHOUT PREJUDICE

On April 8, 2011, Plaintiff Rosalinda O. Simon filed this action

against Defendants Bank of America, U.S. Financial Mortgage Corp., First

Financial Mortgage Company, and Mortgage Electronic Registration Systems.  On

that same day, the Court issued its Order Setting Rule 16 Scheduling Conference,

which noted that a Rule 16 Scheduling Conference was set for hearing on July 11,

2011 at 9:00 a.m. before Judge Barry M. Kurren.  Pursuant to that Order, Plaintiff

was ordered to attend the Rule 16 Scheduling Conference and to file a Scheduling

Conference Statement pursuant to Local Rule 16.2(b).  The Order also noted that

"[f]ailure to file and/or attend will result in imposition of sanctions (including fines

or dismissal) . . . ."

1

On June 7, 2011, this Court held a Triage Conference, and Plaintiff participated by phone. In the Court Minutes filed that same day, the Court reminded Plaintiff that "The Rule 16 Scheduling Conference remains as scheduled on 7/11/2011 at 9:00 a.m. before Judge Barry M. Kurren. Rule 16 Scheduling Conference Statements are due 7/5/2011." (Doc. # 5.) In the Minutes, the Court also granted Plaintiff permission to appear at the Rule 16 Scheduling Conference by phone. A copy of the foregoing Order and Minutes were mailed to Plaintiff's address noted in the upper left-hand corner of her Complaint. The Court was prepared to hold the Rule 16 Scheduling Conference as scheduled, on July 11, 2011 at 9:00 a.m. However, Plaintiff did not appear and did not make arrangements to participate by phone. Plaintiff also failed to file a Scheduling Conference Statement.

On July 12, 2011, the Court issued an Order to Show Cause, asking Plaintiff to "show good cause, if any, why sanctions, including dismissal of this case, should not be imposed" for Plaintiff's failure to appear at the Rule 16 Scheduling Conference or file a Scheduling Conference Statement. (Doc. # 8 at 3.) The Order to Show Cause also stated that "if service is not made by August 8, 2011, Plaintiff shall show good cause why sanctions should not be imposed for

2

failure to serve Defendants." (Id. at 3.) The Court scheduled a Show Cause

Hearing on August 10, 2011 at 9:00 a.m.

On August 10, 2011, Plaintiff participated in the Show cause hearing

by phone, and the deadline to serve the Defendants was extended to November 9,

2011. The Court set a Further Hearing on the Order to Show Cause on September

19, 2011 at 9:30 a.m.

On September 19, 2011, Plaintiff did not appear or answer the phone.

The Court continued the Further Hearing on the Order to Show Cause to

November 10, 2011 at 9:00 a.m. The Court held the November 10, 2011 hearing,

and the Plaintiff participated by phone. The Plaintiff acknowledged having failed

to serve the Defendants and did not offer any explanation for her failure to serve

the Defendants. See Fed. R. Civ. P. 4(m) ("If a defendant is not served within 120

days after the complaint is filed, the court -- on motion or on its own after notice to

the plaintiff -- must dismiss the action without prejudice against that defendant or

order that service be made within a specified time."). Therefore, this Court

FINDS and RECOMMENDS that the case be DISMISSED without prejudice.

IT IS SO FOUND AND RECOMMENDED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: November 15, 2011

Simon v. Bank of America, Civ. No. 11-00234 DAE-BMK, FINDINGS AND
RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE