IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROSALINDA O. SIMON, ) | CIVIL 11-00234-DAE-BMK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BANK OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on November 15, 2011, and served on November 16, 2011 by First Class Mail to those parties of record who are not registered participants of CM/ECF, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT

PREJUDICE," docket entry no. 13, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 6, 2011.



_____
David Alan Ezra
United States District Judge

Rosalinda O. Simon vs. Bank of America, et al., Civil No. 11-00234 DAE-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION